Hyman Persky, Respondent, v. Abraham Dubroff, Appellant, and Others.— Order reversed, with ten dollars costs and disbursements, on the ground that the court at Special Term was without authority to grant the same, and motion

granted, with ten dollars costs. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.